*March 15, 1938.*

MANANIAN, Respondent, vs. KAISERLAIN, Appellant.

For the appellant: *Louis Hardy,* attorney, and *Wilbershide, Baumblatt & Storms* of counsel, all of Racine.

For the respondent: *Benson, Butchart & Benson* of Racine.

*By the Court.*—Judgment affirmed.

CLARE, Appellant, vs. MILLER, Administrator, Respondent.

For the appellant: *Kopp & Brunckhorst* of Platteville.

For the respondent: *Harry E. Carthew* of Lancaster.

*By the Court.*—Judgment affirmed.

PEPLINSKI, Appellant, vs. MILIS and another, Respondents.

For the appellant: *Bong & Dorschel* of Green Bay, attorneys, and *Fischer, Brunner & Strossenreuther* of Shawano of counsel.

For the respondents: *Eberlein & McCarthy* of Shawano, attorneys, and *Lloyd Andrews* of Wittenberg of counsel.

*By the Court.*—Judgment affirmed.